No. 03–332.  DODGE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DODGE, ET AL. *v.* COTTER CORP.

C. A. 10th Cir. Certiorari denied.